**In re Charles John MITSAK.**

**No. 08–06–00128–CV.**

Court of Appeals of Texas,
El Paso.

May 25, 2006.

Lyda Ness–Garcia, El Paso, for Relator.

Susan M. Urbieta, El Paso, for Interested Party.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

### OPINION ON PETITION FOR WRIT OF MANDAMUS

DAVID WELLINGTON CHEW, Justice.

Relator, Charles John Mitsak, seeks a writ of mandamus against the Honorable Alfredo Chavez, Judge of the 65th District Court of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex.1992) (orig. proceeding). Moreover, there must be no other adequate remedy at law. *Id.* Based on the petition

and record before us, we are unable to conclude that Relator is entitled to the relief requested. Accordingly, we deny mandamus relief. *See* TEX.R.APP.P. 52.8(a).